In the Matter of the Application of the CITIZENS' WATER WORKS COMPANY, Appellant, *v.* DAVID PARRY et al., Respondents.

(Argued October 8, 1891 ; decided October 27, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 9, 1891, which affirmed a judgment in favor of defendants, entered upon a decision of the court on trial at Special Term.

*John M. Gardner* for appellant.

*A. H. F. Seeger* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.  _____